JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
2625 N. Green Valley Pkwy., #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: jfaux@fauxlaw.com
*Attorneys for Defendant Vibe Apartments, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STANIKA JACKSON,<br><br>                    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br>CLARITY SERVICES, INC.; and VIBE APARTMENTS,<br>LLC,<br><br>                    Defendants. | Case   No.   2:25-cv-02573-JAD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Stanika Jackson, through her counsel of record, and Defendant Vibe Apartments, LLC ("Vibe"), through its counsel of record, as follows:

///

///

///

///

///

///

///

///

///

///

*THE FAUX LAW GROUP*
*2625 N. GREEN VALLEY PKWY., SUITE 100*
*HENDERSON, NEVADA 89014*
*TEL. (702) 458-5790*

1

1. Vibe Apartments, LLC's current deadline to respond to Plaintiff's Complaint is hereby extended by thirty (30) days, up to and including June 11, 2026.

2.        The parties are actively discussing settlement numbers and believe that an extension of time will allow the parties to potentially resolve this matter without further litigation and conserve judicial resources.

3. This Stipulation is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

DATED this 12th day of May, 2026.

THE FAUX LAW GROUP

By: */s/ Jordan F. Faux*
JORDAN F. FAUX, ESQ.
THE FAUX LAW GROUP
2625 N. Green Valley Pkwy., #100
Henderson, Nevada 89014
*Attorneys for Defendant Vibe Apartments, LLC*

FREEDOM LAW FIRM

By: */s/ Gerardo Avalos*
GERARDO AVALOS, ESQ.
FREEDOM LAW FIRM
8985 S. Eastern Avenue, Suite 205
Las Vegas, Nevada 89123
*Attorneys for Plaintiff Stanika Jackson*

## **ORDER**

IT IS SO ORDERED. Defendant Vibe Apartments, LLC's deadline to respond to Plaintiff's Complaint is extended to June 11, 2026.

DATED:  __May 14, 2026_____

_____
UNITED STATES MAGISTRATE JUDGE

2

THE FAUX LAW GROUP
2625 N. GREEN VALLEY PKWY., SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

**CERTIFICATE OF SERVICE**

The undersigned, an employee of The Faux Law Group, hereby certifies that on the 12th day of May, 2026, I served a copy of the foregoing document, **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**, on the parties listed below via the Court's electronic filing system:

Gerardo Avalos, Esq.
Freedom Law Firm
8985 S. Eastern Avenue, Suite 205
Las Vegas, Nevada 89123
gavalos@freedomlegalteam.com

By:    */s/ Eric Furse*
        An employee of The Faux Law Group

THE FAUX LAW GROUP
2625 N. GREEN VALLEY PKWY., SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

3